| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) <br> UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> Henry A. Loeb, Esq. ID#028391982 <br> Blumberg & Rosenberg, PA <br> Attorneys for Debtor <br> 35 N. Bridge Street, Somerville, NJ 08876 <br> (908)526-5400 | Case No.: | 15-32423 |
| | Chapter: | 13 |
| In Re: <br><br> Robyn Woodson | Adv. No.: | |
| | Hearing Date: | |
| | Judge: | VFP |

## CERTIFICATION OF SERVICE

1. I, _____Henry A. Loeb, Esq._____ :

    ☒ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____Henry A. Loeb, Esq._____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Marie-Ann Greenberg, Standing Trustee
    30 Two Bridges Road, Suite 330
    Fairfield, NJ 07004-1550
    Mode of Service: Notice of Electronic Filing

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 12/27/2018                     /s/ Henry A. Loeb
                                     Signature