Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:   15−32423−VFP
Chapter:    13
Judge:   Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robyn Woodson
    54 Boston Court
    Newark, NJ 07103

Social Security No.:
    xxx−xx−2524

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/7/19 at 10:00 AM

to consider and act upon the following:

*69* − Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/26/2018. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*71* − Certification in Opposition to Default (related document:65 Certificate of Service (related document:64 Trustee Motion to Dismiss/Pay Trustee/Default Clause filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. filed by Trustee Marie−Ann Greenberg, 70 Certificate of Service (related document:69 Certification of Default of Standing Trustee filed by Trustee Marie−Ann Greenberg) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. filed by Trustee Marie−Ann Greenberg) filed by Henry A Loeb on behalf of Robyn Woodson. (Attachments: # 1 Exhibit) (Loeb, Henry)

Dated: 1/2/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Robyn Woodson  
    Debtor

Case No. 15-32423-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 02, 2019  
                     Form ID: ntchrgbk      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2019.
```
db          +Robyn Woodson,   54 Boston Court,   Newark, NJ 07103-3445
cr          +Society Hill at University Heights I Condominium A,   Ansell Grimm & Aaron, PC,
              Elysa D. Bergenfeld,   214 Carnegie Center,   Suite 112,   Princeton, NJ 08540-6237
cr          +Society Hill at University Heights III Condominium,   Ansell Grimm & Aaron PC,
              Elysa D. Bergenfeld, Esq.,   214 Carnegie Center, Ste. 112,   Princeton, NJ 08540-6237
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2019 at the address(es) listed below:
```
            Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB
             bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
            Denise E. Carlon    on behalf of Creditor    MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS
             M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights I Condominium
             Association, Inc. edb@ansellgrimm.com
            Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights III Condominium
             Association, Inc edb@ansellgrimm.com
            Henry A Loeb    on behalf of Debtor Robyn   Woodson henryaloeb@yahoo.com
            Marie-Ann  Greenberg    magecf@magtrustee.com
                                                                                                TOTAL: 6
```