| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Henry A. Loeb, Esq. ID#028391982<br>Blumberg & Rosenberg, PA<br>27B East High Street<br>Somerville, NJ 08876<br>phone: 908-526-5400<br>fax: 908-725-0417<br>email: henryaloeb@yahoo.com | |
| In Re:<br><br>Robyn Woodson | Case No.: 15-32423<br>Judge: Vincent F. Papalia<br>Chapter: 13 |

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
☑ **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐ **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed

   by _____, creditor,

   A hearing has been scheduled for _____, at _____ m.

   OR

   ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____ m.

   ☑ Certification of Default filed by _____M&T Bank_____, creditor,

   I am requesting a hearing be scheduled on this matter.

   OR

   ☐ Certification of Default filed by Standing Chapter 13 Trustee

   I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons **(choose one)**:

❏ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☑ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
From 11/18 - 2/19 My Lupus returned and my empoyment was severely disrupted which caused my failure to make timely payments. I propose the following which includes late fees:
3/18/19 - payment of $790.00
4/1/19 - payment of $1975.00
5/1/19 - payment of $1975.00

❏ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: March 13, 2019                         /s/ Robyn Woodson
                                             Debtor's Signature

Date: _____                        _____
                                             Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions)* or a *Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Henry A. Loeb, Esq. ID#028391982<br>Blumberg & Rosenberg, PA<br>Attorneys for Debtor<br>35 N. Bridge Street, Somerville, NJ  08876<br>(908)526-5400 | Case No.: 15-32423<br>Chapter: 13 |
| In Re:<br><br>Robyn Woodson | Adv. No.:<br>Hearing Date:<br>Judge: VFP |

## CERTIFICATION OF SERVICE

1. I, __Henry A. Loeb, Esq.__ :

    ☒ represent __Robyn Woodson__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __March 13, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Chapter 13 Debtor's Certification in Opposition to Creditor's Certification of Default

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 3/13/2019           /s/ Henry A. Loeb
                          Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Marie-Ann Greenberg, Standing Trustee<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ  07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Denise Carlon, Esq.<br>KML Law Group, PC<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ  01108 | Attorney for Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |