Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−32423−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Robyn Woodson
 54 Boston Court
 Newark, NJ 07103

Social Security No.:
 xxx−xx−2524

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/19 at 10:00 AM

to consider and act upon the following:

*79* − Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB. Objection deadline is 03/13/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*81* − Objection to Creditor's Certification of Default. filed by Henry A Loeb on behalf of Robyn Woodson. (Loeb, Henry)

Dated: 3/14/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court