Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 15−32423−VFP
          Chapter: 13
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robyn Woodson
   54 Boston Court
   Newark, NJ 07103

Social Security No.:
   xxx−xx−2524

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/4/19 at 10:00 AM

to consider and act upon the following:

*79* − Creditor's Certification of Default (related document:61 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB. Objection deadline is 03/13/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

*81* − Objection to Creditor's Certification of Default. filed by Henry A Loeb on behalf of Robyn Woodson. (Loeb, Henry)

Dated: 3/14/19

          Jeanne Naughton
          Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-32423-VFP
Robyn Woodson                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Mar 14, 2019
                              Form ID: ntchrgbk        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 16, 2019.
db             +Robyn Woodson,   54 Boston Court,   Newark, NJ 07103-3445
cr             +Society Hill at University Heights I Condominium A,   Ansell Grimm & Aaron, PC,
                 Elysa D. Bergenfeld,   214 Carnegie Center,   Suite 112,   Princeton, NJ 08540-6237
cr             +Society Hill at University Heights III Condominium,   Ansell Grimm & Aaron PC,
                 Elysa D. Bergenfeld, Esq.,   214 Carnegie Center, Ste. 112,   Princeton, NJ 08540-6237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 14, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS
               M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights I Condominium
               Association, Inc. edb@ansellgrimm.com
              Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights III Condominium
               Association, Inc edb@ansellgrimm.com
              Henry A Loeb    on behalf of Debtor Robyn  Woodson henryaloeb@yahoo.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@McCalla.com
                                                                                               TOTAL: 7