

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>M&T BANK SUCCESSOR BY MERGER TO<br>HUDSON CITY SAVINGS BANK, FSB | Order Filed on April 8, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>      Robyn Woodson,<br><br>Debtor. | Case No.: 15-32423 VFP<br><br>Adv. No.:<br><br>Hearing Date: 4/4/19 @ 10:00 a.m..<br><br>Judge: Vincent F. Papalia |

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 8, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**(Page 2)**
Debtors:   Robyn Woodson
Case No:  15-32423 VFP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 78 Callahan Court, Newark, NJ, 07103, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Henry A. Loeb, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 22, 2019, Debtor is due for the January 2019 through May 2019  post-petition payments for a total post-petition default of $3,864.75 (5 @ $790.10, less suspense $85.75; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment of $1,975.00 to be received no later than April 1, 2019; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make a payment  of $1,889.75 to be received no later than May 1, 2019; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2019, directly to Secured Creditor's servicer, Bank of America, N.A. PO Box 660933, Dallas, TX 75266-0933 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan and the certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Robyn Woodson
    Debtor

Case No. 15-32423-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin               Page 1 of 1            Date Rcvd: Apr 08, 2019
                        Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2019.
db             +Robyn Woodson,    54 Boston Court,    Newark, NJ 07103-3445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights I Condominium Association, Inc. edb@ansellgrimm.com
      Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights III Condominium Association, Inc edb@ansellgrimm.com
      Henry A Loeb    on behalf of Debtor Robyn  Woodson henryaloeb@yahoo.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@McCalla.com
      Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com
                                                                                                                                    TOTAL: 8