Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

Order Filed on May 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Robyn Woodson, | Case No. 15-32423-VFP |
| | Hearing Date: May 16, 2019 at 10:00 AM |
| Debtor. | Judge: Vincent F. Papalia |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND REQUIRING DEBTOR STAY CURRENT ON POST-PETITION MORTGAGE PAYMENTS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: May 6, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor:           Robyn Woodson
Case No.:         15-32423-VFP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND REQUIRING DEBTOR STAY CURRENT ON POST-PETITION MORTGAGE PAYMENTS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by JPMorgan Chase Bank, National Association ("Movant"), with respect to the property known 54 BOSTON CT, Newark, NJ 07103, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the May 1, 2019 post-petition monthly payment in the amount of $685.79.
2. Debtor shall resume post-petition payments to be paid timely and in full with the May 1, 2019 payment.
3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 54 BOSTON CT, Newark, NJ 07103.

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorney for the Secured Creditor

By: _____
    Phillip Raymond

Date: 5·3·19

**Blumberg & Rosenberg**
Attorney for the Debtor

By: _____
    Henry A Loeb

Date: 5/1/19