Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
485F US Highway 1 S, Suite 300
Iselin, NJ 08830
Telephone: (732) 902-5399
NJ_ECF_Notices@mccalla.com
Attorneys for Secured Creditor

**Order Filed on May 6, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Robyn Woodson, | Case No. 15-32423-VFP |
| | Hearing Date: May 16, 2019 at 10:00 AM |
| Debtor. | Judge: Vincent F. Papalia |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND REQUIRING DEBTOR STAY CURRENT ON POST-PETITION MORTGAGE PAYMENTS**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: May 6, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Robyn Woodson
Case No.: 15-32423-VFP
Caption of Order: **CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION TO VACATE AUTOMATIC STAY AND REQUIRING DEBTOR STAY CURRENT ON POST-PETITION MORTGAGE PAYMENTS**

THIS MATTER having been opened to the Court upon the Motion to Vacate Automatic Stay filed by JPMorgan Chase Bank, National Association ("Movant"), with respect to the property known 54 BOSTON CT, Newark, NJ 07103, and the Court noting the consent of the parties to the form, substance, and entry of the within Order, and for good cause shown ORDERED that:

**ORDERED AS FOLLOWS:**

1. Debtor is now post-petition current and is due for the May 1, 2019 post-petition monthly payment in the amount of $685.79.
2. Debtor shall resume post-petition payments to be paid timely and in full with the May 1, 2019 payment.
3. If Debtor should default and fail to make future post-petition payments to Movant that come due during the pendency of this case for thirty (30) days from the due date, Movant's counsel may submit a certification of default and the Court may enter an Order vacating the automatic stay permitting Movant to proceed with its action against the real property known as 54 BOSTON CT, Newark, NJ 07103.

Consent to Form and Entry

McCalla Raymer Leibert Pierce, LLC
Attorney for the Secured Creditor
By: _____
Phillip Raymond
Date: 5·3·19

Blumberg & Rosenberg
Attorney for the Debtor
By: _____
Henry A Loeb
Date: 5/1/19

United States Bankruptcy Court
District of New Jersey

In re:  
Robyn Woodson  
    Debtor

Case No. 15-32423-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 06, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2019.  
db           +Robyn Woodson,    54 Boston Court,    Newark, NJ 07103-3445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2019 at the address(es) listed below:

         Denise E. Carlon     on behalf of Creditor     HUDSON CITY SAVINGS BANK, FSB bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         Denise E. Carlon     on behalf of Creditor     MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Elysa D Bergenfeld     on behalf of Creditor     Society Hill at University Heights I Condominium Association, Inc. edb@ansellgrimm.com  
         Elysa D Bergenfeld     on behalf of Creditor     Society Hill at University Heights III Condominium Association, Inc edb@ansellgrimm.com  
         Henry A Loeb     on behalf of Debtor Robyn   Woodson henryaloeb@yahoo.com  
         Marie-Ann Greenberg     magecf@magtrustee.com  
         Melissa N. Licker     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com  
         Phillip Andrew Raymond     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com

                                                                                                                                 TOTAL: 8