Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 15−32423−VFP
                    Chapter: 13
                    Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robyn Woodson
   54 Boston Court
   Newark, NJ 07103

Social Security No.:
   xxx−xx−2524

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/29/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 30, 2019
JAN: jf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-32423-VFP
Robyn Woodson                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: May 30, 2019
                     Form ID: 148   Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
```
db             +Robyn Woodson,    54 Boston Court,    Newark, NJ 07103-3445
cr             +Society Hill at University Heights I Condominium A,    Ansell Grimm & Aaron, PC,
                 Elysa D. Bergenfeld,    214 Carnegie Center,    Suite 112,    Princeton, NJ 08540-6237
cr             +Society Hill at University Heights III Condominium,    Ansell Grimm & Aaron PC,
                 Elysa D. Bergenfeld, Esq.,    214 Carnegie Center, Ste. 112,    Princeton, NJ 08540-6237
515877633      +Chase,    P. O. Box 78420,    Phoenix, AZ 85062-8420
516101254      +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Ln,    Monroe, LA 71203-4774
516076801       M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVING,    Bank of America,    PO BOX 31785,
                 Tampa, FL 33631-3785
515877634      +NJ Law & Public Safety,    Credit Union,    225 E. State Street, Suite 1,
                 Trenton, NJ 08608-1800
516031484      +Society Hill at University Heights I Condo Assoc,    Ansell Grimm & Aaron, PC,
                 Elysa D. Bergenfeld, Esq.,    214 Carnegie Center, Ste 112,    Princeton, NJ 08540-6237
516031527      +Society Hill at University Heights III Condo Assoc,    Ansell Grimm & Aaron, PC,
                 Elysa D. Bergenfeld, Esq,    214 Carnegie Center, Ste 112,    Princeton, New Jersey 08540-6237
515923765      +US Department of HUD,    c/o Novad Management Consulting LLC,    2401 NW 23rd St Suite 1A1,
                 Oklahoma City, OK 73107-2448
515903381      +US Dept. of Housing & Urban Development,    451  7th St., SW,    Washington, DC 20410-0002
515877635      +University Heights at Society Hill I,    440 Beckerville Road,    Manchester, NJ 08759-9503
515877636      +University Heights at Society Hill III,    440 Beckerville Road,    Manchester, NJ 08759-9503
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2019 23:34:23      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2019 23:34:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515877632      +EDI: BANKAMER.COM May 31 2019 03:08:00      Bank of America,    1800 Tupo Canyon Road,
                 Simi Valley, CA 93063-6712
                                                                                              TOTAL: 3
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515877685*     +Bank of America,    1800 Tupo Canyon Road,    Simi Valley, CA 93063-6712
515923823*     +Bank of America,    1800 Tupo Canyon Road,    Simi Valley, CA 93063-6712
515877686*     +Chase,    P. O. Box 78420,    Phoenix, AZ 85062-8420
515923824*     +Chase,    P. O. Box 78420,    Phoenix, AZ 85062-8420
515877687*     +NJ Law & Public Safety,    Credit Union,    225 E. State Street, Suite 1,
                 Trenton, NJ 08608-1800
515923825*     +NJ Law & Public Safety,    Credit Union,    225 E. State Street, Suite 1,
                 Trenton, NJ 08608-1800
515923821*     +US Department of HUD,    c/o Novad Management Consulting LLC,    2401 NW 23rd St Suite 1A1,
                 Oklahoma City, OK 73107-2448
515923828*     +US Department of HUD,    c/o Novad Management Consulting LLC,    2401 NW 23rd St Suite 1A1,
                 Oklahoma City, OK 73107-2448
515877688*     +University Heights at Society Hill I,    440 Beckerville Road,    Manchester, NJ 08759-9503
515923826*     +University Heights at Society Hill I,    440 Beckerville Road,    Manchester, NJ 08759-9503
515877689*     +University Heights at Society Hill III,    440 Beckerville Road,    Manchester, NJ 08759-9503
515923827*     +University Heights at Society Hill III,    440 Beckerville Road,    Manchester, NJ 08759-9503
                                                                                               TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin                  Page 2 of 2                   Date Rcvd: May 30, 2019
                                  Form ID: 148                 Total Noticed: 16
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    HUDSON CITY SAVINGS BANK, FSB
               bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS
               M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights I Condominium
               Association, Inc. edb@ansellgrimm.com
              Elysa D Bergenfeld    on behalf of Creditor    Society Hill at University Heights III Condominium
               Association, Inc edb@ansellgrimm.com
              Henry A Loeb    on behalf of Debtor Robyn  Woodson henryaloeb@yahoo.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               phillip.raymond@mccalla.com
                                                                                             TOTAL: 8
```