UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Robyn Woodson,

Debtor

| | |
|---|---|
| Case No.: | 15-32423 |
| Hearing Date: | September 5, 2019 |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed  ☒ Modified

# ORDER DENYING MOTION
# """"""FOR THE ENTRY OF AN ORDER
Vacating dismissal of Case

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2019**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

This matter having been presented to the Court by Debtor, through counsel, on Motion to Vacate Dismissal; and due notice having been given; and for good cause shown; it is

ORDERED that Debtor's Motion to Vacate Dismissal of Case, filed on July 29, 2019 is DENIED based upon the Debtor's lack of prosecution, and for the reasons set forth in the objection of the Chapter 13 Trustee, which were not addressed by the Debtor.

*rev.6/1/06; jml*