**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on September 11, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robyn Woodson,

Debtor

| | |
|---|---|
| Case No.: | 15-32423 |
| Hearing Date: | September 5, 2019 |
| Judge: | Vincent F. Papalia |
| Chapter: | 13 |

Recommended Local Form:    ☐ Followed    ☒ Modified

# ORDER DENYING MOTION
# FOR THE ENTRY OF AN ORDER
Vacating dismissal of Case

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 11, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

This matter having been presented to the Court by Debtor, through counsel, on Motion to Vacate Dismissal; and due notice having been given; and for good cause shown; it is

ORDERED that Debtor's Motion to Vacate Dismissal of Case, filed on July 29, 2019 is DENIED based upon the Debtor's lack of prosecution, and for the reasons set forth in the objection of the Chapter 13 Trustee, which were not addressed by the Debtor.

*rev.6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Robyn Woodson
    Debtor

Case No. 15-32423-VFP
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 11, 2019
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2019.
db         +Robyn Woodson,   54 Boston Court,   Newark, NJ 07103-3445

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   HUDSON CITY SAVINGS BANK, FSB bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   MANFACTURERS AND TRADERS TRUST COMPANY ALSO KNOWN AS M&T BANK SUCCESSOR BY MERGER TO HUDSON CITY SAVINGS BANK, FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Elysa D Bergenfeld    on behalf of Creditor   Society Hill at University Heights I Condominium Association, Inc. edb@ansellgrimm.com
          Elysa D Bergenfeld    on behalf of Creditor   Society Hill at University Heights III Condominium Association, Inc edb@ansellgrimm.com
          Henry A Loeb    on behalf of Debtor Robyn  Woodson henryaloeb@yahoo.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa N. Licker    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com
          Phillip Andrew Raymond    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION phillip.raymond@mccalla.com
                                                                                                                 TOTAL: 8